USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3|18|14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

- v. -

FELIX JIMENEZ,

Defendant.

AFFIRMATION AND ORDER

11 Cr. 1026 (SHS)

1. The filing of this *nolle prosequi* will dispose of this case with respect to the defendant, FELIX JIMENEZ.

2. On November 30, 2011, Indictment 11 Cr. 1026 (SHS) was filed, charging defendant FELIX JIMENEZ, with forcibly assaulting, resisting, opposing, impeding, intimidating, and interfering, with a person designated in Title 18, United States Code, Section 1114, while such person was engaged in an on account of the performance of his official duties, in violation of Title 18, United States Code, Section 111(a).

3. Based on a review of the evidence in this case and information pertaining to this defendant acquired subsequent to the filing of the Indictment, including evaluations of his mental competency conducted by psychiatrists at the direction of the Court and the Bureau of Prisons, as well as the Order for Hospitalization Pursuant to 18 U.S.C. § 4246 issued by the United States District Court for the District of Massachusetts, the Government has concluded that further prosecution of FELIX

JIMENEZ, the defendant, would not be in the interests of justice.

    4. In light of the foregoing, I recommend that an order of *nolle prosequi* be filed as to defendant FELIX JIMENEZ with respect to Indictment 11 Cr. 1026 (SHS).

*[signature: Rahul Mukhi]*

RAHUL MUKHI
Assistant United States Attorney
(212) 637-1581

Dated: New York, New York
       March 17, 2014

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant FELIX JIMENEZ with respect to Indictment 11 Cr. 1026 (SHS).

By: _____
Acting United States Attorney
Pursuant to 28 C.F.R. §0.136

PREET BHARARA
United States Attorney
Southern District of New York

Dated: New York, New York
       March 17, 2014

SO ORDERED:

_____
THE HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Dated: New York, New York
       March 18, 2014